ELLIOT ENOKI  (#1528)
Acting United States Attorney
District of Hawaii

THOMAS A. HELPER   (#5676)
TONY ROBERTS
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-3752
Email:     Tom.Helper@usdoj.gov

Attorneys for Defendant
HICKAM AIRFORCE BASE – NAVAL MAGAZINE
PEARL HARBOR WEST LOCH BRANCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF HAWAII

| | |
|---|---|
| JASON HANKINS,<br><br>             Plaintiff,<br><br>    v.<br><br>HICKAM AIRFORCE BASE - NAVAL MAGAZINE PEARL HARBOR WEST LOCH BRANCH,<br><br>             Defendant. | ) CIVIL NO. 17-00279<br>)<br>) (Civil No. 17-1-0862-05, First<br>) Circuit Court, State of<br>) Hawaii)<br>)<br>) NOTICE OF REMOVAL OF CIVIL<br>) ACTION; EXHIBIT "A";<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

NOTICE OF REMOVAL OF CIVIL ACTION

Comes now, Defendant Hickam Air Force Base - Naval Magazine Pearl Harbor West Loch Branch ("Defendant" or "HAFB"), by and through its undersigned attorneys, Elliot Enoki, the Acting United States Attorney for the District of Hawaii and

Assistant United States Attorney Thomas A. Helper, and sets forth the following facts on their behalf:

1. On May 26, 2017, a Proposed Judgment; Affidavit was filed by Plaintiff Jason Hankins ("Plaintiff" or "Hankins"), against Defendant, in the First Circuit Court, State of Hawaii. This Court action is numbered Civil No. 17-1-0862-05.

2. A copy of the Proposed Judgment; Affidavit relating to the First Circuit Court action regarding said Defendant was provided to the United States Attorney on or about June 9, 2017. A copy of the Proposed Judgment; Affidavit is attached hereto as Exhibit "A".

3. In the Proposed Judgment, plaintiff apparently seeks damages or other relief arising out of an incident or incidents involving persons residing at the Kapilina Beach Homes in Ewa Beach Iroquois Point in Honolulu, Hawaii.

4. This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1). Defendant Hickam Air Force Base is part of a Joint Base Pearl Harbor-Hickam, which is part of the Departments of the Air Force and Navy of the United States.

WHEREFORE, Defendant gives notice that the above-action now pending against it in the First Circuit Court, State of Hawaii, is removed therefrom to this court.

DATED: June 12, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Thomas A. Helper
   THOMAS A. HELPER
   TONY R. ROBERTS
   Assistant U.S. Attorneys

Attorneys for Defendant
HICKAM AIR FORCE BASE –
NAVAL MAGAZINE PEARL HARBOR
WEST LOCH BRANCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON HANKINS, | ) CIVIL NO. 17-00279 |
| | ) |
| Plaintiff, | ) (Civil No. 17-1-0862-05, First |
| | ) Circuit Court, State of |
| v. | ) Hawaii) |
| | ) |
| HICKAM AIRFORCE BASE - NAVAL | ) CERTIFICATE OF SERVICE |
| MAGAZINE PEARL HARBOR WEST | ) |
| LOCH BRANCH, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at his last known address:

By First Class Mail:

Jason Alan Hankins
5052A Iroquois Avenue
Ewa Beach, Hawaii 96706

Plaintiff *Pro Se*

DATED: June 12, 2017, at Honolulu, Hawaii.

/s/ Anne Apo
ANNE APO