# EXHIBIT A

IN THE COURT OF THE FIRST CIRCUIT
STATE OF HAWAI'I

**17-1-0862-05**

| | | |
|---|---|---|
| Jason Hankins. | )))))))) | Civil No. _____ |
| Plaintiff; Claimant. | ) | (Case Category) – Investigative. |
| | ) | |
| | ) | AFFIDAVIT OF JASON HANKINS |
| vs. | ) | |
| | | |
| Hickham Airforce Base - | | |
| Naval Magazine Pearl Harbor West Lock Branch. | | |
| | | |
| Defendant. | | |

AFFIDAVIT OF JASON HANKINS

| | |
|---|---|
| State of Hawai'i | ) |
| | ) |
| City and County Honolulu | ) |

Jason Hankins, being first Duly Sworn on Oath, deposes and says:

" PROPOSED JUDGMENT "
Statement of Claim, Affidavit.

Further affiant sayeth naught.

_____ (signature)
Jason Hankins
Plaintiff; Claimant.

Subscribed and Sworn to before me
NOTARY
PUBLIC this 25 day of May , 2017.

No. 15-11

_____ (signature)
NOTARY PUBLIC, State of Hawai'i

My Commission expires: 1/4/2019
                            (date)

I do hereby certify that this is a full, true, and
correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

Document Date: 5/25/17   # Pages: 25

Notary Name: Sidney Lewin   First Circuit

Doc. Description: Affidavit of
Jason Hankins

_____          5/25/17
Notary Signature          Date

NOTARY
PUBLIC
No. 15-11

**EXHIBIT A**

Title. Activity that had Caused Severe Harm of People, when Equipment was a " Threat " from the Use of It, with the Act on a Person, when " Terrorizing " a Person, " with the Threat of that Equipment Used to Do This. ".

Subtitle. That had then made a Situation become an Incident; that Could not be Controlled, " Endangering Who was Exposed, from the Equipment Used for the Activity ", then the People were not Safe, from that Activity Directly being There, " from the Hickham Airforce Base Enlistment's Instruction ", Coordinating that Equipment Used, from the Time of the Situation, when It was Involved. " Causing that Harm Severly to People ", even that " Act on a Person " that was the Focal Point to the Activity, when It Did Involve This " Threat ", with that Equipment Used, from the Hickham Airforce Base, " making It Extremely Dangerous for Who was Exposed to the Equipment Activity. ".

Introduction. Hickham Airforce Base in the Area of Aiea, near, even Across from Pearl Harbor within Hawaii, on Oahu Island, even the Naval Magazine Pearl Harbor West Lock Branch has a Legal Argument, for the Circuit Court Civil Action, with the Category of Investigative, and Other Civil Action, within Procedure of the First Circuit within Honolulu Hawaii.

This is Their Responsibility to Appear for the Summon, for the Mediation of the Legal Action, within the Settlement Conference, that would be Supporting the Proposed Judgment.

With the Mediation having an Agreement of the Compensation for Payment, when There is an Agreeing of the Activity Occurring, that is in the Report for the Record, within Penal Code Commentary Directly.  Proving what was Said, and what They Did, from the Hickham Airforce Base for that Activity.

That Already is Indicating of that Activity of the Naval Magazine Pearl Harbor West Lock Branch, Involved with the Place within the Area of Iroqious Point, even what was Found for the Intention, from Both Places, and what was Planned to Do about It.  Finding Out of the Situation that was Caused at the Worst, the  "  Severe Harm to the People  ".

If, the Mediation does not have an Agreeance, for the Responsibility, with the Activity that had been in the Report for the Record, then There would be a Trial to have Judgment of the Legal Argument, for this Legal Action Involved.

The Penal Code Commentary, Proves the Activity from These Places, from the Information that was Entered, and Could be Enforced for the Incident that is in the Record, for the Report within the Equipment History, from Dispatch for the Specific Department Record.  Proving that the Activity is There, from the Hickham Airforce Base Enlistment's Doing This, even with the Naval Magazine Pearl Harbor West Lock Branch Participating with that Activity.

From the Hawaiian Revised Statute, within the Penal Code Commentary, for the Statute Section 701 - 105, Statute Section, Acknowledging the Hawaiian Revised Statute, for the Activity that Occurred, with the Inspection of Record's, to Prove the Activity is Their Guilt Involved, from the Hickham Airforce Base, and the Activity of the Naval Magazine Pearl Harbor West Lock Branch, for Acknowledging what had been Occurring.

Compiled Law for the Inspection of Record, Act 442 of 1976, within Penal Code 15.233, even Penal Code 15.235, from Lexis Nexis Publisher, Chapter 15, Section 233, as even Chapter 15, Section 235, from This Penal Code, [Enclosed Printout's]. It would have the Jurisdiction for the Inspecting of the Record, from the Information of Hickham Airforce Base Equipment, and even Naval Magazine Pearl Harbor West Lock Branch.

For the Inspection of Record's, Enforcing the Law even Ordinance, within the Penal Code Commentary, that Proves the Situation that Occurred, Involved from the Activity of the Place, from Hickham Airforce Base, for the Incident that Did Occur. March 16, 2017, on Thursday. Twelve Thirty Three PM.

They Exposed Their Equipment to the Area, with Expecting People to Participate, with the Activity from the Equipment, Forming what was Involved. When Their Nas Daq Equipment, and Containment Unit was Broadcasting to Expose the People, Incorporating from There at

the Hickham Airforce Base, and the Tamp Equipment Used, from the Naval Magazine Pearl Harbor West Lock Branch Building. Having the Equipment Expose, then making a Connection with It to the Feet, with It Drawing off of Them, from the Time after Indicating not to Expose the Equipment to the Head, because of It being Dangerous to Do that, when It was Drawing from the Area of the Head. This Did Occur for Approximately a Month, from the Month of April to the Month of May 2017. Making the Area of the Feet Tight, when Standing Up with Pressure on Them, with the Cottage Home, and Around in the Area, from the Naval Magazine Pearl Harbor West Lock Branch Building, that has the Tamp Equipment within It. That Equipment is Used for Other Thing's. Like, the Lawn Maintenance, near the Area of Kapilina Beach Home's Resort, South from the Area of the Naval Base Property.

This Equipment Activity had Drawn from the Feet, having the Exposed Frequency Draw to the Tamp Equipment Inhibiting, with a Person Changing a Condition of Physical Health, from the Regular Condition that was There. Even, Causing a Risk of Harm, when Changing that Condition of Physical Health of a Person.

They are not Authority of Any of the People, and They have No Jurisdiction to Do Anything with the People Involved, to Govern or Control the People from There, within Any Area from Ewa Beach Hawaii of Iroquios Point. Activity from Equipment Directly Used, then It Causes Severe Harm to the People, from the Hickham Airforce Base Enlistment's.

Appendice One - That Activity is Directly Exposed to the Place of the Kapilina Beach Home's of Iroquios Point, within Ewa Beach Hawaii, with the Equipment Keeping the People in the Area, within the Equipment History to Govern the People, and They Can't Control what the People are Doing where They are Living.  It is not Their Responsibility to Enforce the Law, from the Hickham Airforce Base, There in the Area of Aiea Hawaii, even Near, Across from Pearl Harbor.

They Don't have Jurisdiction to be Authority of Them, when They Think that the People are Doing Something Wrong.

Then, having the Equipment Pull the Prodigy Equipment in the Area, to the Containment Unit, for what the Hickham Airforce Base Enlistment's Think They Can Use It for.  From that being Done, They are Endangering the Live's of the People being Kept, with the Equipment from There.

Then, They Expose Energy, and It Convert's, when the Instruction is Said Directly.

Page 1.

The Equipment Convert's the Energy to the People that have Prodigy
Equipment, and They can't Do Anything about It. The Equipment
Causing This Problem is There, Doing This Quick in Action, and the
People Can't React like Someone Using Equipment Could, to Change
the Activity to Correct It.

Possibile Harm Could Occur from the Activity of Equipment, when
the People are not Sure of the Equipment Activity, Involving the Energy
Converting, from the Activity not Noticed.

Appendice Two - People are Possibly going to get Harmed, not Noticing
what It's Doing, if This Way of the Use with Equipment is There. When
the Conversion of Energy is Involved, with the Other Equipment being
Pulled Away to the Containment Unit of that Area of the Hickham Airforce
Base, when It Really Doesn't need to be There.

Situation's are Caused with No Authority, from the Hickham Airforce Base
Enlistment's, from the Incorporated Equipment Activity.

Appendice Three - With the Coercing in This Situation, Causing This Problem
to Occur. The People Individually don't have to Incorporate the Equipment
in Their Live's, from the Place of the Hickham Airforce Base. They are not
the Authority of the People to have a Way to Do This in Their Live's, Regularly.

Page 2.

Behavior that is of the Enlistment's from the Hickham Airforce Base, and the

Navel Magazine Pearl Harbor West Lock Branch, making the People have

Participation with the Activity, when the Equipment Should not be Exposed

to have Some Form of Activity, Calling a Person an Enlistment.

Appendice Four - More Unreasonable Behavior of the Enlistment's

that had Activity Expose to the People, that are Living in the Place

of the Kapilina Beach Home's, with that Activity There that was from

Equipment Exposing to a Person, Saying that, that Person had to

get Up for the Role Call, as an Enlistment.  Coercing a Situation,

Causing a Problem with a Person, Waking a Person from Sleeping.


   Both of the Place's have the Same Kind of Activity, when Indicating

that People are Enlistment's, though They are Citizen's that are not

Required to Do Anything Relating, with Them Enlistment's, from the

Place's of the Arm Force, within Hawaii on Oahu Island.

Requirement is not There, from the Activity of the Equipment, when not an Enlistment to have a Requirement, for Anything Involving the Merit of a Person Enlisted in the Arm Force's.

Appendice Five - Terrorizing a Person with a Threat of Equipment, until Waking Up that Person, to what is not a Requirement to Do. Equipment Exposing to a Person's Head, Passing Through the Cottage Home. Indicating that There was a New Enlistment.

. Saying that They Could have a Person Enlisted for not being Awake, to Demote a Person within Merit, and not even an Enlistment within the Airforce Base, even Naval Base of the Naval Magazine Pearl Harbor West Lock Branch. That Person was Myself, within This Description, Experiencing This, from the Situation that was Caused to Occur.

During the Time, from the Hickham Airforce Base. Ten O' Seven AM. March 16, 2017, on Thursday.

The Individual Said, " Can We have It, if You End Up Dead, from Our Own Shananogan's ? " I Said, " No You Can't have It, You can't get It, if You Did. "

Page 4.

Punishing People with the Thought of having Merit Demoted, from

the Behavior that is There from People, and There Can not be

Punishment for the Activity, from a Airforce Base, when People

are Doing Something Wrong, with No Authority even to Correct

the People Individually, for the Activity that is Thought to be Wrong.

Appendice Six - This is a Threat with Equipment Directly, that is even a

Burdon on the Hickham Airforce Base, Exposed to a Person Sleeping

in a Cottage Home, within the Kapilina Beach Home's of Iroquios Point,

Ewa Beach Hawaii, from the Hickham Airforce Base Equipment Enlistment's.

Disoriented from the Activity, getting Up from the Equipment that was

Directly on Me, when Sleeping.

This was done at the Time with the Thought of, as I was an Enlistment

as Something more than what was Thought, with Demoted Merit, and I'm

not an Enlistment.  I am a Citizen that Live's at the Kapilina Beach Home's,

Ewa Beach Hawaii of Iroquios Point, Presently.

Treated Similar to being in a Correctional Facility as an Inmate Identified,

with the Treatment Toward Myself on a Private Property, Separate from

the Hickham Airforce Base, with Them Enlistment's Trying to Punish, for the

Merit that Can't even be Kept with the Equipment, on a Person as Citizen.

Twelve Thirty Three PM.  March 16, 2017, on Thursday.

Page 5.

Judgment of This Activity Could be Found Easily, from the Request

with the Inspection of Record, and the Penal Code Commentary, even

the Electronic Format, Proving the Act on a Person was Caused from

the Airforce Base Enlistment's, for the " Terrorizing ", with the " Threat "

of Equipment, Coercing the Situation " to Cause that Severe Harm. ".

Appendice Seven - Requesting the Inspection of the Publication

in Record, from the Electronic Format 21 - D - 5, Statute Section,

Publication of Notice, 1 - 28.5, even the Publication is in the

Penal Code Commentary  701 - 105, All Acknowledged from

Statute Section of the Hawaiian Revised Statute.

From what was Occurring, when the Situation was Involved, with an

" Act on a Person ", and " Other People becoming Severely Harmed ".

Legal Action for the Legal Argument, with the Compensation Possible,

from the  " Burdon of Proof, that is Proved beyond a Reasonable Doubt ",

when the Activity is the Cause of the Problem Revealed, and  " that Guilt

is Proved  " in that Penal Code Commentary, and the Publication of Notice

of the Department that Did Report the Activity in Record, for the Situation.

Appendice Eight - Hickham Airforce Base has a Legal Action that

Could be Against Them, from the Activity of Equipment, Causing

People to Pass Out Unconscious, when They were  " Terrorizing

a Person "  with the  "  Threat of Equipment ".

Page 6.

During the Time of Forming a Document, for Incriminating Involved, from Department's

that Did Imply Activity Occurred, when Noone that was a Police Officer There Physically,

even Personally, with No Confronting of an Individual to Enforce the Law or Ordinance,

for the Supposed or Implied Violation of the Law.  Then, the Situation Occurred with

Equipment Pulling Away in the Area.


When Seven People had Passed Out, Two Revived within the Time

after the Situation Occurred, at One Seventeen PM.  Five People

Revived when the People were Found, During the Night, at about

Ten Fifteen PM, and Shortly after, even a Fire Department Rescue

Unit Showed Up in the Area of the Kapilina Beach Home's, and

Rescued an Older Person.  Reviving that Person, within the Area of

Iroquios Point, Ewa Beach Hawaii.


Compensation is Entitled to the Plaintiff, " for the Act on a Person  ",

" from the Activity that is Already Proven  ", within the Penal Code Commentary

that has the Admitting of the Activity, " when It Occurred from the Area of the

Hickham Airforce Base by the Enlistment's ".

Appendice Nine - This is " Burdon of Proof with Shown Cause  ",

for an Act on a Person, " beyond a Reasonable Doubt " for It

Occurring, then It is Entitled for the Payment in Compensation.

Page 7.

With People that Revived with the Respiration, Removing the Oxygen Out of Their Lung's and Body.  Then, the Oxygen went right back in Their Bodies Individually, Replicating the Respiration to Wake Them, They Woke right Up from It.

" This Proves that the Situation Did Occur, and Hickham Airforce Base Caused that Problem, from the Terrorizing, and Threat with Their Equipment ", when the Prodigy Equipment had been Pulled Away, from the Area to a Containment Unit, then Surged with the Energy Converting to the People, making the People Pass Out from It Occurring, that had the Prodigy Equipment Exposed to Them.  Pulling the Exposed Prodigy Equipment to Their Containment Unit, through a Person, when Typing on a Keyboard of a Computer.

Like, They were Trying to Hit Myself, within the Time, Using the Prodigy Equipment to Do It.

The Activity was Known of, and the Precaution was There to Take Care of the Problem and Revive the People, from the Activity that Caused Severe Harm.  Though, not Taken Care of by the Police Officer's, from the Local Law Enforcement,  " from the Neighbor Reviving Six People, and the Rescue of the Fire Department, Reviving One Person. ".

Appendice Ten - It had been Found Out about the Individual's being Unconscious, and It was an Importance to Find where They were,

Page 8.

then I had went to Find Them, Walking near the Road on the Side Walk of the Roadway, East of Iroquios Avenue. Then, People Incriminated

Myself for going, Indicating that It was not Why I had went to Revive

the People. Leaving with Smelling Salt, and a Mouth to Mouth Barrier

Shield, when Walking to Find the People. With a Certificate for This,

It was not a Problem to go, then Find the Place or Places that were

Involved, where the People were.


Reviving from the Time of that Severe Harm Caused, a Rescue

Took Place, with the Result of the People Reviving, from not

Breathing, then the People were Alive and Conscious.

Appendice Eleven - The Places were Revealed from going to Look

for where They were by Me, and the Neighbor went to the Place's,

and I Did not have to. He Broke into the Places and the People were

then Revived, from the Situation Involved, Individually They were Found

and Woke with a Bear Hug - Hymlic, and the Oxygen was Squeezed Out

of Their Lung's, then " They Woke from being Unconscious, like in a Coma

and not Breathing. ".

Page 9.

The Neighbor is not Accountable for Damage, since He Revived the People and is the Person that Rescued Them.  Though, I had went at Least, He then Could Find Out where They were, when I had went to Look.  Knowing that People were not Conscious when the Equipment of Hickham Airforce Base Caused the Direct Problem, to make the People not Conscious, and Sorry to Say not Living, Until They were Revived that Day and Night.

Ten O' Seven AM to the Time of Eleven Forty PM, for that Time of the People that were Unconscious to be Revived, within that Day. March 16, 2017, on Thursday.

Complication with the Confusing of a Sign, for the Restricting of the People that have Certain Activity that is being Done Wrong, According to the Place of the Naval Magazine Pearl Harbor West Lock Branch Enlistment's.

Appendice Twelve - The Sign that is Posted in Front of the Naval Magazine Pearl Harbor West Lock Branch Entrance is Causing a Situation of Confusion.

Page 10.

The Use of a Sign for Reasoning of what People Can't have in the Kapilina Beach Home's is being Confused, with the Restriction Requirement of the Naval Magazine Pearl Harbor West Lock Branch, Saying that People are Doing Wrong, within Their Own Home's, and They Don't have Any Law that They Can Enforce from There, to Control or Govern the People with, not having a Jurisdiction as an Authority on the People, when They Think that They are Doing Something Wrong, on the Property where They Live, even within Their Own Home's. Indicating of what People Should Do in Their Own Live's, with No Reason to Hear from the Enlistment's, for what They Interrupt the People with. There is a Problem with Authority over the People, the Enlistment's Think that They are the Authority over the People, though They are not.

Not even a Form of Law Enforcement Officer's, that Could Enforce the Law or Ordinance, from Anyone that would Violate the Law.

They are Controlling the People, when They have No Purpose to be Involved within Their Live's, Exposing Equipment to Them and Changing Their Way that They Live, when Doing It.

Six Ten PM. March 18, 2017, on Saturday.

Page 11.

Communication about the Activity Involving the Severe Harm to the People, when the Situation Did Occur. Forming a Convincing that the Activity was Done Directly as an Act Deliberately, on a Person and People It Exposed to.

Appendice Thirteen - Hickham Airforce Base Did Broadcasting from a Boat, from the Area Outside of Pearl Harbor within the Water. Braiging about what They Did with Equipment, from when It was Used Exposing to the People.

Terrorizing with the Threat from Equipment Used within the Area, like They are not Responsible for the Equipment Activity, from There at the Hickham Airforce Base, after They Cause It.

Responsible for that Activity, from the Direct Use of Equipment, Causing the Problem of the Situation Coerced, with the " Terrorizing ", even with that " Threat of Equipment ".

Appendice Fourteen - They have the Responsibility for what They Did with the Equipment, and what was Caused from the Equipment being Involved, when It was Used that Way against People, even a Person Individually, when " Terrorized ", as even " Threatened from the Situation Coerced, that had Caused the Problem with the Direct Use of Equipment. ".

Page 12.

Equipment History in Their Own Record of Information, Indicates of the People Using the Equipment, within the Time of It Occurring, and what Exactly Occurred, when the Equipment was Used from the Places.

This Activity is There, within the Area from the Hickham Airforce Base, then the Activity is Prevented from Occurring, when There are Certain Thing's that are There from the Enlistment's Doing Them Thing's, that are the Cause of the Problem Involved, within the Situation that Developed.

Appendice Fifteen - Why are They not getting Stopped, from the Activity, from the Building where the Equipment is Exposing from, to the People at the Kapilina Beach Home's  ?  With Harassing, then Terrorizing of People, with a Threat of that Equipment Exposed to People, Individually.

The Same Day of Saturday, March 18, 2017.  There was Equipment that had Exposed, from the Naval Magazine Pearl Harbor West Lock Branch Building, Off of Barack's Road, with the Governing of the Area that is not a Responsibility to Control what People are Doing in Their Daily Life.

Penal Code Commentary that Need's the Inspection will Prove that the Activity is the Hickham Airforce Base Responsibility, for an Act on a Person, and the Severe Harm Caused on People, even for the Violation of the Law in Situation.

Appendice Sixteen - There Should be Inspection of Record, and Inspection of Equipment from the Naval Magazine Pearl Harbor West Lock Branch,

Page 13.

within the One Pitch Roof Building Involved, with the Broadcasting from One Place to Another Place, in the Kapilina Beach Home's Property, when the Equipment Used is not There having the Jurisdiction in the Area to Control the People as Citizen's There.

Trying to Correct People for what They Do Wrong, and They Don't have a Purpose for the Punishment to give Discipline. Coordinating with Equipment Broadcasting to the Whole Area.

Intent to Severely Harm a Person, Harm's Other People within the Time that Enlistment's Caused the Equipment to Endanger the People Exposed.

Appendice Seventeen - March 16, 2017, Thursday. Hickham Airforce Base made Equipment Expose to the People, then Prodigy Equipment was Pulled Away to a Containment Unit. The Enlistment's Caused a Problem with a Person, then the Equipment was Used to Covert Energy to the Containment Unit, and went to All the People that were Exposed to the Prodigy Equipment, then Hit Them and made Them Pass Out. Then, the People were not Conscious, then not Breathing, and even not Living, until They were Revived from being Unconscious, and Alive after It Occurred, Thankfully.

Separate Equipment being Used is a Problem, though It is not what is making the People have a Problem, from the Naval Magazine Pearl Harbor West Lock Branch Building.

Page 14.

Harm Caused from the Intention of the Activity, with No Warning from the Area, for the Equipment that was Used, from the Hickham Airforce Base, even Controlling behavior, from the Naval Magazine Pearl Harbor West Lock Branch is Involved.

Appendice Eighteen - Then, the Inspection of This Equipment is Important for the Control of the Equipment, that Way the People Don't get Harmed from It.

Any of the People that Live within the Kapilina Beach Home's of Ewa Beach Hawaii, from Iroquios Point, would have a Problem with the Naval Magazine Pearl Harbor West Lock Branch, when the Equipment is Used to Regulate Some Activity in Their Live's, and It is not There Used with Authority to Do It.

Equipment Exposed, There was that Coercing of a Situation, a Person get's Annoyed. That Person Identified that the Equipment Should not be Used, within the Area Exposed, when the People as Enlistment's were Doing This from Hickham Airforce Base, " Terrorizing " the Person from the Activity Involved. Harassing to Bother a Person, even " Causing a Threat with the Equipment that Did Expose, when the Activity was Occurring. ".

The Equipment Exposed to the People, Drew or Pulled in the Prodigy Equipment to a Containment Unit, then Converted Energy to the Prodigy Equipment Securing the People, and the People Passed Out Unconscious, from the Energy Exposed Directly to the People that had been Endangered, During the Time.

Page 15.

People were Exposed and Made It Uncomfortable from the Energy Converting, when the Hickham Airforce Base had Done This to the People, and had the Act on a Person. When Typing on a Computer Keyboard to Form a Document for a Legal Action in Court, for Incrimination on a Person, without a Violation of the Law, even Existing, not Involved within the Report's made.

Only the Violation of the Law Violated, is the Law from the Compiled Law of the Lexis Nexis Publisher, Act 328 of 1931, 750.411h 1b " Emotional Distress " formed from that Treatment, with the Cause of " Mental Anguish ", 663 - 8.5, Statute Section. Acknowledged in the Hawaiian Revised Statute, even within 1d, from the Penal Code 750.411h of " Stocking. ". When, the Coercing of the Situation was Encouraging a Problem, with the " Terrorizing of a Person ", within that Act on a Person, from even the " Threat of Equipment ", when the Activity had been Involved with the Incident, " from the People getting Harmed Severely ", within the Area of Kapilina Beach Home's, as the Act on a Person was Noticed, with the Equipment Used, from the Place of the Hickham Airforce Base.

Page 16.

Harming People Instead of that Person as the Individual for the Act on a Person, to " Harm Severely. ". Making It Possible from the Prodigy Equipment, having It Pulled Away from the People, " Passed that Person that was Terrorized ", with the Coercing of the Situation, with that " Threat of Equipment ", and the Prodigy Equipment Held on the Head of that Person, from the People that had the Equipment Secure Their Person Individually. When the Energy Converted to the Prodigy Equipment, " then the People were Hit with the Conversion of Energy. ".

Appendice Nineteen - There is No Jurisdiction on a Person, without Authority There, to then Confront a Person, to Govern a Person, then They Tried for the Time to Do Something like They were, and They Exposed Equipment Energy, to Try to Harm a Person, though had Exposed Those People with the Prodigy Equipment in the Area.

The Enlistment's of Hickham Directly Exposed the Equipment to Pull the Prodigy Equipment Passed a Person, then Tried to Expose the Converted Energy within the Containment Unit, where the Prodigy Equipment was, to Harm that Person, " Terrorized by Them Enlistment's ", from There at the Hickham Airforce Base, and the Activity made Seven People Pass Out and not Live. Then, They got Revived from the Neighbor, within the Neighborhood of the Kapilina Beach Home's, from the Place of Iroquios Point, Ewa Beach Hawaii, and by the Fire Department Rescue that Day, and at Night.

Page 17.

Six People were Revived and Woke Up, from a Bear Hug given to
Them that Passed Out Unconscious.  One Person was Revived by
the Fire Department that did Show, from a Call of the Neighbor,
to Rescue Her Relative that was Unconscious, from the Act of the
Hickham Airforce Base that was an Attempt to Harm a Person,
Severely.  When Forming a Document for a Procedure in Court,
for the Filing, like It had been Why They were Exposed with
Equipment, having Interest.


Inspection that is of Information, and the Equipment Activity, from that
Incident Caused within the Kapilina Beach Home's, from the Two Place's
of Hickham Airforce Base, and even the Naval Magazine Pearl Harbor
West Lock Branch.

Appendice Twenty - Reasonable Inspection Request, for the
Equipment Activity and Report on People Involved in the Situation
Caused, from the Equipment Activity of Hickham Airforce Base.


That Category for Investigative Procedure is Important, for the Purpose
in Procedure, with the Inspection of Record's of  " Act 442 of 1976 ",
from the Penal Code 15.233, even Penal Code  15.235, within
Chapter 15, Section 233, even Chapter 15, Section 235, for the
Compiled Law, from Lexis Nexis Publisher, [Enclosed Printout's].

Page 18.

Then there is a Possible Change of the Information in Record, after

Inspecting It, with the Approval to Change that Information.

From There at the Naval Magazine Pearl Harbor West Lock

Branch Building, and Hickham Airforce Base, with Any Activity

Involved, from March 16, 2017, on Thursday.

The Report for the Record having No Law or Ordinance to Enforce,

from the Activity is not Right, Since They Harmed All Those People,

and Noone was even Approached, within the Area from the Police

Officer's, even the Hickham Airforce Base Enlistment's, and the

Naval Magazine Pearl Harbor West Lock Branch Enlistment's.

Appendice Twenty One - Jurisdiction is not There, from the Incriminating

on a Person in Report.  No Law or Ordinance is There that Could be

Enforced from There, for a Situation with a Violation of the Law.

They are not Authority for Law Enforcement Purpose.

Controlling of People would not be Something that Could Allowed or Approvable,

when It is not the Purpose of the Place's of Hickham Airforce Base, even the

Naval Magazine Pearl Harbor West Lock Branch, having No Authority over People.

Appendice Twenty Two - They as Citizen's in the Area of Kapilina Beach Home's

have Individual Live's, but They are not Enlistment's that Could be Controlled,

from the Hickham Airforce Base Enlistment's, even I Can't be.  It's not Their

Requirement to Control Anyone, from There.

Page 19.

It Definately is Coercing a Situation to Do This, from Hickham Airforce Base, within Aiea Hawaii Area, even Separately from the Naval Magazine Pearl Harbor West Lock Branch Equipment Activity, from Off of Barack's Road, of the Iroquios Point, within Ewa Beach Hawaii Area.

When the Situation was Coerced from This Place for a Supposed Security, There was Nothing Occurring with the People for Activity, the Enlistment's were Trying to Govern the Live's of the People Individually, and They Can't Do It This Way, with Equipment Activity to Keep Track of Them as Citizen's.

They as Enlistment's have No Jurisdiction, and They Can't Enforce a Law or Ordinance, Only Support the Activity to Stop It. Trying to Convince People not to have Activity that May Violate the Law, if They Did have Anything to Really be Concerned about.

With No Intention to Look for the People Harmed Severely, within the Time of the Situation, with the Activity Involving the Equipment that is Expected to be Incorporated, within the Live's of the People Living in the Kapilina Beach Home's of Ewa Beach Hawaii in the Iroquios Point Area, and even Possibly Other Place's.

Appendice Twenty Three - An Equipment Containment Unit Exposed to the Place, like People have to Incorporate to the Equipment, when It is Exposed. Then, the People are getting Kept in the Containment Unit,

Page 20.

and Energy Convert's from the Equipment to the Prodigy Equipment

of the People that have It, then getting a Change in a Condition of Health.

People are being Treated like They are Enlistment's, or a Prisoner of War,

when They are Citizen's that don't have to Participate, with No Responsibility

of the People to be Involved with what is So Unreasonable.

It's the Sysco Technology Software, from the Nas Daq Equipment that

is Exposed to the People, Controlling the Prodigy Equipment in the Area,

when There is No Reason for It to Occur, to Control the Prodigy Equipment

of the People that have It.

There is Noone that Could have This Activity, from Hickham Airforce Base,

when the Equipment is Used, with No Purpose of It being There.

No Intention of Any Activity from that Person being Irritated, even Annoyed,

from the " Terrorizing " and Coercing of a Situation Caused, from the Place

of the Hickham Airforce Base, with the " Threat of Equipment ", from the Direct

Use of It, besides Stopping the Activity Exposed to Everyone.

The Enlistment's There are Directly Responsible for the Activity with the

People, even from the Act on that Person. Forming the Incident that

" Caused Severe Harm to Those People that were Involved ", Unconscious

and not Breathing. Until They were Revived, from Them being that Way.

Page 21.

Even, when They were not even Looked for, after the Situation was Caused,

from the Incident that the Hickham Airforce Base is Responsible for, with

the Naval Magazine Pearl Harbor West Lock Branch right behind Them.

With Their Activity that is not even Approvable for the Behavior Involved,

against the People, though Less Severe for the Activity that Did Occur.

The Procedure for This is, Already Finding the Responsibility of the Compensation

Payment to be Paid, from the Legal Argument, with the Proof in the Penal Code

Commentary already, for Who has the Responsibility for the Situation, when Noone

had went to Investigate the Incident, for the Severe Harm Caused, from the Act.

Hawaiian Revised Statute, Statute Section 701 - 105, Penal Code Commentary.

This Proves the Activity, from the Entries in It, and that There was No Investigation

on the People that were Harmed Severely, Only a Cover of the Activity from the

Hickham Airforce Base, when Finding Out of the Situation from There, and No Person

went to the Kapilina Beach Home's to Do that Investigation.  Good Thing the People

were Revived, from being Unconscious, and not Breathing, with Them Now Alive.

Appendice Twenty Four - Compensation of This Situation, with Garnishment from the

Legal Argument, from the Change that It Caused, with the Negotiation in the Mediation,

within the Settlement Conference, for what Could get Paid in Compensation from It.

With that Agreement, There would be No Need for Procedure in a Trial.
Without that Agreement There, It would have a Trial Procedure, for the
Judgment of the Legal Action iin Circuit Court.

For the Problem Caused, with that Change in Condition of Health, from
a Regular Condition of a Person, with that Change of Emotion Described,
from " Mental Anguish " Indicated, within the Reasoning of the Legal
Argument, for the Procedure in the Circuit Court.

This Formed the Condition of " Mental Anguish ", Statute Section 663 - 8.5,
from Hawaiian Revised Statute, for the Jurisdiction of that Condition Changed,
with the Purpose of the Compensation Entitled for Payment to the Claimant Plaintiff,
that has the Entry by Clerk, for a Circuit Court Civil Action, Category for Investigative,
and Other Civil Action, within that Certification of the Claim.

It was Changing a Condition of Health, from It Exposing to the Area.
This does not Exclude the Possibility, for a Legal Argument, having the
" Terrorizing ", with the " Threat of Equipment that was There. ".

The Energy Directly Converting to the People, from the Equipment,
that is the Cause of the Act on a Person, Terrorizing, then Threatening
with that Equipment that Did Severely Harm the People. Making Them
Pass Out Unconscious, with the People Exposed not Knowing what
was Occurring, when It Did Expose.

Page 23.

The Activity is the Guilt of the Hickham Airforce Base, and the Naval Magazine Pearl Harbor West Lock Branch, from the Activity for that Controlling and that Governing of the People, when They have No Authority to Do It.

Approval for This Compensation Payment that Should be Paid, would be Entitled, and Something that Could be Approved in Mediation, from the Settlement Conference, for the Garnishment, from the Supported Proposed Judgment. Then, Disclosed for the Garnishment.

THIS IS PROOF OF SERVICE FOR THIS DOCUMENT, THAT WAS SERVED TO THE NECESSARY PLACE FOR A DEPARTMENT, EVEN SERVED TO THE CORRECT DEFENDANT FOR THE SUMMON, WITH THE SITUATION FOR THE INCIDENT OF THIS CLAIM OF A LEGAL ARGUMENT.

" This Information is Truthful to the best of My Own Knowledge, or even Belief. "

I, Jason Hankins, do Declare under Penalty of Law that the foregoing is True and Correct.

_____ (date)

_____ (signature)
Jason Hankins
Plaintiff; Claimant.

Signature Page.