AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JASON HANKINS | CLERK'S JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 17-00279-SOM-RLP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| HICKMAN AIRFORCE BASE - NAVEL MAGAZINE PEARL HARBOR WEST LOCH BRANCK | October 18, 2017 At 12 o'clock and 00 min pm SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to ORDER ADDRESSING ECF NOS. 26 AND 27 - By Judge Susan Oki Mollway. This Court accordingly **DISMISSES** this action.

**JUDGMENT ENTERED IN FAVOR OF DEFENDANT.**

| October 18, 2017 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by CB |
| | (By) Deputy Clerk |